**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-6809

———————

PAUL WINESTOCK, JR.,

Plaintiff - Appellant,

versus

SEAN MCCAGH, Doctor; ROBERTS, Doctor; FEDERAL
BUREAU OF PRISONS; UNITED STATES OF AMERICA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (CA-03-2599-1-WMN)

———————

Submitted:  October 14, 2004          Decided:  October 20, 2004

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul Winestock, Jr., Appellant Pro Se.  Frederick William Goundry,
III, VARNER & GOUNDRY, Frederick, Maryland; Matthew Wayne Mellady,
UNITED STATES DEPARTMENT OF JUSTICE, Annapolis Junction, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Winestock, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Winestock v. McCagh</u>, No. CA-03-2599-1-WMN (D. Md. Apr. 20, 2004). Winestock's motion to allow an attachment to his informal brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>